UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2010-CV-12276

---

**CHARLES H. TURNER, and JEANNE ACKERLY. ERNEST R. COSTON, DIANE DUJON, OLGA SUMMONT, LOUIS ELISA, ALMA FINNERAN, MICHAEL HEICHMAN, FREDERICK C. JOHNSON, KARL JONES, FRANCO MARZURKI, CAROLYN JUPITER-MCINTOSH, ISAURA MENDES, JUDITH RICHARDS, M. DANIEL RICHARDSON III, SARAH-ANN SHAW**
    Plaintiffs,
v.

**CITY OF BOSTON, and BOSTON CITY COUNCIL and MICHAEL ROSS, FELIX G. ARROYO, JOHN R. CONNOLLY, STEPHEN J. MURPHY, AYANNA PRESSLEY, SALVATORE LaMATTINA, BILL LINEHAN, MAUREEN E. FEENEY, ROB CONSALVO, MARK S. CIOMMO AND MATTHEW O'MALLEY in their official capacities.**
    Defendants.

---

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION**

Now come the Defendants and respectfully move to dismiss Plaintiffs' Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6). The Defendants further oppose Plaintiffs' Request for Injunctive Relief. As grounds therefore, the Defendants state that the Plaintiffs have failed to plead the existence of a constitutional deprivation under 42 U.S.C. § 1983 and as such, they are unlikely to succeed on the merits of their claims, and injunctive relief is not warranted. As further grounds in support thereof, the Defendants submit their attached Memorandum of Law.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

<u>1/21/2011</u>  <u>/s/ Lisa Skehill Maki</u>
Date        Lisa Skehill Maki

Respectfully submitted,
DEFENDANTS,

William F. Sinnott,
Corporation Counsel
By their attorneys,

<u>/s/ Lisa Skehill Maki</u>
Lisa Skehill Maki, BBO # 675344
Assistant Corporation Counsel
Susan M. Weise, BBO # 545455
First Assistant Corporation Counsel
Maribeth A. Cusick, BBO # 658839
Chief of Government Services
City of Boston Law Department
One City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4040 (Weise)
(617) 635-4477 (Cusick)
(617) 635-4022 (Maki)
Susan.Weise@cityofboston.gov
Maribeth.Cusick@cityofboston.gov
Lisa.Maki@cityofboston.gov