UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2010-CV-12276

CHARLES H. TURNER, and JEANNE ACKERLY. ERNEST R. COSTON, DIANE DUJON, OLGA SUMMONT, LOUIS ELISA, ALMA FINNERAN, MICHAEL HEICHMAN, FREDERICK C. JOHNSON, KARL JONES, FRANCO MARZURKI, CAROLYN JUPITER-MCINTOSH, ISAURA MENDES, JUDITH RICHARDS, M. DANIEL RICHARDSON III, SARAH-ANN SHAW
        Plaintiffs,
v.

CITY OF BOSTON, and BOSTON CITY COUNCIL and MICHAEL ROSS, FELIX G. ARROYO, JOHN R. CONNOLLY, STEPHEN J. MURPHY, AYANNA PRESSLEY, SALVATORE LaMATTINA, BILL LINEHAN, MAUREEN E. FEENEY, ROB CONSALVO, MARK S. CIOMMO AND MATTHEW O'MALLEY in their official capacities.
        Defendants.

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION, DECLARATORY RELIEF, OR IN THE ALTERNATIVE SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Now come the Defendants and oppose Plaintiffs' Motion for Injunctive Relief, Declaratory Relief, or in the Alternative Summary Judgment. Defendants also hereby move for summary judgment against the Plaintiffs pursuant to Fed. R. Civ. P. 12(b)(1) and 56. As grounds therefore, the Defendants state that the Plaintiffs have failed to plead the existence of a constitutional deprivation under 42 U.S.C. § 1983 and as such, they are unlikely to succeed on the merits of their claims, and injunctive relief is not warranted. Moreover, the undisputed facts demonstrate that the Defendants are entitled to judgment

as a matter of law on Plaintiffs' constitutional claims pursuant to Fed. R. Civ. P. 56. Accordingly, this Court lacks subject matter jurisdiction over Plaintiffs' remaining cause of action, if any, because it is purely an issue of state law. As further grounds in support thereof, the Defendants submit their attached Memorandum of Law.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted,<br>DEFENDANTS, |
| I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants. | William F. Sinnott,<br>Corporation Counsel<br>By their attorneys, |
| 1/21/2011  /s/ Lisa Skehill Maki<br>Date         Lisa Skehill Maki | /s/ Lisa Skehill Maki<br>Lisa Skehill Maki, BBO # 675344<br>Assistant Corporation Counsel<br>Susan M. Weise, BBO # 545455<br>First Assistant Corporation Counsel<br>Maribeth A. Cusick, BBO # 658839<br>Chief of Government Services<br>City of Boston Law Department<br>One City Hall Plaza, Room 615<br>Boston, MA 02201<br>(617) 635-4040 (Weise)<br>(617) 635-4477 (Cusick)<br>(617) 635-4022 (Maki)<br>Susan.Weise@cityofboston.gov<br>Maribeth.Cusick@cityofboston.gov<br>Lisa.Maki@cityofboston.gov |